**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Connie L. Pauley** | Social Security number or ITIN **xxx−xx−9600** |
| | First Name  Middle Name  Last Name | EIN _ _ − _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Eileen D. Pauley** | Social Security number or ITIN **xxx−xx−9145** |
| | First Name  Middle Name  Last Name | EIN _ _ − _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17−24646−TPA**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Connie L. Pauley                                Eileen D. Pauley

                                              **By the court:**   Thomas P. Agresti
4/4/18                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Connie L. Pauley
Eileen D. Pauley
    Debtors

Case No. 17-24646-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 2     Date Rcvd: Apr 04, 2018
                    Form ID: 318     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
```
db/jdb         +Connie L. Pauley,   Eileen D. Pauley,   101 Hazel St.,   Zelienople, PA 16063-1010
14730424       +Nationstar Mortage,   PO Box 619063,   Dallas, TX 75261-9063
14730425       +Northwest Consumer Discount,   118 S. Main Street,   Zelienople, PA 16063-1148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRCCRAWFORD.COM Apr 05 2018 05:23:00      Rosemary C. Crawford,   Crawford McDonald, LLC.,
                 P.O. Box 355,   Allison Park, PA 15101-0355
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:38:06      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14730416        +EDI: GMACFS.COM Apr 05 2018 05:23:00      Ally,   PO Box 380901,   Minneapolis, MN 55438-0901
14730417        +EDI: HFC.COM Apr 05 2018 05:23:00      Boscovs,   PO Box 5253,   Carol Stream, IL 60197-5253
14730418         EDI: CAPITALONE.COM Apr 05 2018 05:23:00      Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
14730419        +EDI: CITICORP.COM Apr 05 2018 05:23:00      Citi Card,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
14730420         EDI: IRS.COM Apr 05 2018 05:23:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14730421        +EDI: CBSKOHLS.COM Apr 05 2018 05:23:00      Kohls,   P.O. Box 2983,   Milwaukee, WI 53201-2983
14730422        +EDI: RMSC.COM Apr 05 2018 05:23:00      Lowes,   P.O. Box 530914,   Atlanta, GA 30353-0914
14730423         EDI: TSYS2.COM Apr 05 2018 05:23:00      Macys,   PO Box 4581,   Carol Stream, IL 60197-4581
14731442        +EDI: PRA.COM Apr 05 2018 05:23:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14730427        +EDI: SEARS.COM Apr 05 2018 05:23:00      Sears,   PO Box 6189,   Sioux Falls, SD 57117-6189
14730426        +EDI: SEARS.COM Apr 05 2018 05:23:00      Sears,   P.O. Box 818017,   Cleveland, OH 44181-8017
14730429        +EDI: CHASE.COM Apr 05 2018 05:23:00      Slate Chase,   PO Box 15153,
                 Wilmington, DE 19886-5153
14730430        +EDI: RMSC.COM Apr 05 2018 05:23:00      Synchrony Bank,   PO Box 965004,
                 Orlando, FL 32896-5004
                                                                                               TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14730428*      +Sears,   PO Box 6189,   Sioux Falls, SD 57117-6189
14730431*      +Synchrony Bank,   PO Box 965004,   Orlando, FL 32896-5004
                                                                                  TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Joint Debtor Eileen D. Pauley
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Debtor Connie L. Pauley
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2018
                              Form ID: 318             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                                     TOTAL: 5

Case 17-24646-TPA    Doc 16    Filed 04/06/18    Entered 04/07/18 00:55:39    Desc Imaged
Certificate of Notice    Page 4 of 4